Law Offices of
**DONNA NEWMAN**
20 Vesey Street
Suite 400
New York, NY 10007
TEL (212) 229-1516 ● CEL: 201-306-4369
FAX (212) 593-1844
donnanewmanlaw@aol.com admitted in N.Y. and N.J.

September 24, 2026

Via ECF & Email

The Honorable Laura T. Swain
Chief United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: United States v. Thomas, Stephens 26 cr233 (LTS)
26 cr 233 (LTS)

Dear Chief Judge Swain;

I am writing seeking a court order amending conditions of Daquan Stephens' conditions of bond to change his condition of home incarceration with electronic monitoring to home detention with electronic monitoring. This change will permit Mr. Stephens to seek employment which is needed to help his mother cover the overhead expenses of their home.. His pretrial officer Evelyn Alvayero reports that Mr. Stephens has been completely compliant with all his conditions of bond. She consents to the requested amendment to his bond. The Government takes no position on the request and defers to Pretrial.

Mr. Stephens lives with his mother and she is currently experiencing financial difficulties and is unable to meet all the household expenses. The electricity in the home was disconnected on Monday due to arrears in payment. The electricity was reconnected but the need to cover household expenses remains. The reality is, Mr. Stephens must work to help his mother pay the bills.

On June 10, 2026 Mr. Stephens was released on a $75,000 personal recognizant bond secured by the two financially responsible suretors- his sister and father- and his mother as a suretor for moral suasion. . He was placed on home incarceration with electronic monitoring . His travel was restricted to the SDNY and the EDNY. The proposed amendment does not alter any of the other conditions of his bond which will remain in full force and effect.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA Carmille Fletcher, AUSA Michael Herman, AUSA Robert Ruff
PTO Evelyn Alvayero

The foregoing request is granted. Mr. Stephens's condition of home incarceration with electronic monitoring is hereby modified to home detention with electronic monitoring. All other conditions, including bond and travel restrictions, are unchanged. Docket entry no. 39 is resolved.

SO ORDERED.
/s/Laura Taylor Swain, Chief U.S.D.J.
Dated: September 25, 2026